| | |
|---|---|
| 1 | PETER E. BRIXIE, S.B.#124186 |
| 2 | Attorney at Law |
| | 410 Twelfth Street, Suite One |
| 3 | Sacramento, CA 95814 |
| | Telephone: (916) 658-1880 |
| 4 | Facsimile: (916) 658-1884 |
| | Email: peterbrixie@gmail.com |

Attorney for **PENNIE AMONSON**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNIE AMONSON, | CASE NO.: 2:18-CV-00579-CKD |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

  IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of November 9, 2018. The defendant's opposition to a motion summary judgment new filing date is December 10, 2018. The extension is needed due to press of business in plaintiff's attorney's office.

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

This is the 1st request for extension by plaintiff.

Dated: 10/4/2018  /s/ *Peter Brixie*
PETER BRIXIE
Attorney at Law
Attorney for Plaintiff

Dated: 10/4/2018  /s/ Sharon Lahey
SHARON LAHEY
Special Assistant U. S. Attorney
Attorney for Defendant

___ooo___

APPROVED AND SO ORDERED

Dated: October 4, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION